UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET LAKEMAN,<br>    Plaintiff<br><br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC.,<br>    Defendant | C.A. No. 05-11496 RCL |

**PLAINTIFF'S ASSENTED TO MOTION TO ENLARGE TO OPPOSE
DEFENDANT'S MOTION TO DISMISS**

Now comes the Plaintiff, Janet Lakeman and, with the assent of Defendant Partners Healthcare System, Inc. ("Partners"), respectfully requests that this Court enlarge the time in which to oppose Partners' Motion to Dismiss, up to and including August 18, 2005. In support of said Motion, Plaintiff states:

1. Plaintiff's Complaint was filed in Suffolk Superior Court on or about May 10, 2005, alleging that the termination of her employment with the Defendant, Partners Healthcare System, Inc. ("Partners"), was violative of several state and federal statutes;

2. On or about July 15, 2005, Partners removed the within matter to U.S. District Court, Boston, and thereafter filed its Answer;

3. On or about July 21, 2005, Partners filed a Motion to Dismiss various counts of the Plaintiff's Complaint, alerting the Plaintiff that several of counts of her Complaint were defectively pleaded;

4. Plaintiff intends to move this Court for leave to file an Amended Complaint which, if allowed, Plaintiff believes will narrow or obviate Partners' Motion to Dismiss;

5. Allowance of the within motion will result in the preservation of judicial time and resource, and will not prejudice either party to this matter.

WHEREFORE, the Plaintiff respectfully requests that the Court allow Plaintiff's Motion to Enlarge Time to Respond to Defendant's Motion to Dismiss, up to and including August 18, 2005.

The Plaintiff, By Her Attorney,

Paul K. Baker, BBO # 631221
BAKER & ABRAHAM, P.C.
30 Rowes Wharf
Boston, MA 02110
(617) 330-1330

Assented To By:

Jeffrey A. Dretler, BBO#558953
PRINCE, LOBEL, GLOVSKY & TYE, LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000