UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET LAKEMAN,<br>    Plaintiff<br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC.,<br>    Defendant | )<br>)<br>)<br>)   C.A. No. 05-11496-~~RGS~~ WGY<br>)<br>)<br>)<br>) |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

Now comes the Plaintiff, Janet Lakeman and, pursuant to Fed.R.Civ.P. 15(a), respectfully requests that this Court allow the amendment of her original Complaint. In support of said Motion, Plaintiff states:

1. Plaintiff's Complaint was filed in Suffolk Superior Court on or about May 10, 2005, alleging that the termination of her employment with the Defendant, Partners Healthcare System, Inc. ("Partners"), was violative of several state and federal statutes;

2. On or about July 15, 2005, Partners removed the within matter to U.S. District Court, Boston, and thereafter filed its Answer;

3. On or about July 22, 2005, Partners filed a Motion to Dismiss various counts of the Plaintiff's Complaint, alerting the Plaintiff that several of counts of her Complaint were defectively pleaded;

4. Plaintiff now seeks to amend her Complaint and asserts that in doing so, Partners' Motion to Dismiss will likely be obviated;

5. Allowance of the within motion will result in the preservation of judicial time and resource, and will not prejudice either party to this matter.

6.  Plaintiff filed herewith her proposed First Amended Complaint.

WHEREFORE, the Plaintiff respectfully requests that the Court allow Plaintiff's Motion to Amend, in full.

The Plaintiff, By Her Attorney,

_____
Paul K. Baker, BBO # 631221
BAKER & ABRAHAM, P.C.
30 Rowes Wharf
Boston, MA 02110
(617) 330-1330