UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET LAKEMAN,<br>    Plaintiff<br><br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC.,<br>    Defendant | C.A. No. 05-11496 RCL |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Now comes the Plaintiff, Janet Lakeman and respectfully assents to the limited dismissal of Counts I & II of the Plaintiff's original Complaint, conditioned upon the allowance of her Motion to Amend these counts in a manner that more clearly reflects that all allegations contained therein are statutorily based. Further, Plaintiff assents to the limited dismissal of Count IV, said dismissal pertaining exclusively to allegations of coercion, as reflected in Plaintiff's Amended Complaint.

Plaintiff submits herewith a supporting Memorandum of Law.

The Plaintiff, By Her Attorney,

Paul K. Baker, BBO # 631221
BAKER & ABRAHAM, P.C.
30 Rowes Wharf
Boston, MA 02110
(617) 330-1330