UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET LAKEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PARTNERS HEALTHCARE<br>SYSTEM, INC.,<br><br>    Defendant. | CA:  05-11496 WGY |

## LOCAL RULE 16.1(D) CERTIFICATE

   PLEASE TAKE NOTICE THAT the undersigned party to this action, and its counsel, hereby certify pursuant to Local Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

   (a)   they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

   (b)   they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                        Respectfully submitted,

                                        PARTNERS HEALTHCARE SYSTEM, INC.,

 _/s/ Joshua Abrams_____                _/s/ Jeffrey A. Dretler_____
By: Joshua Abrams, BBO #637388        Jeffrey A. Dretler, BBO #558953
Title: Office of General Counsel            PRINCE, LOBEL, GLOVSKY & TYE LLP
                                        585 Commercial Street
                                        Boston, MA 02109
                                        617-456-8000

Dated: January 19, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 19th day of January, 2006.

                                                */s/ Jeffrey A. Dretler*
                                                Jeffrey A. Dretler