UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET LAKEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PARTNERS HEALTHCARE<br>SYSTEM, INC.,<br><br>    Defendant. | CA:  05-11496 WGY |

**JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference, the parties have conferred and jointly propose the following:

**I.** **Proposed Agenda of Matters to Be Discussed -- Local Rule 16.1(B)(1)**

    A.    Proposed pretrial schedule, including a plan for discovery and a proposed schedule for the filing of motions

    B.    Trial by Magistrate Judge

    C.    Settlement

    D.    Any other matters

**II.** **Proposed Pretrial Schedule -- Local Rule 16.1(B)(2)**

The parties have agreed to the following Proposed Pretrial Schedule:

    1.    Fed. R. Civ. P. 26 Initial Disclosures shall be completed by February 17, 2006;

    2.    Nonexpert discovery shall be completed by July 28, 2006;

3. Plaintiff's disclosure of expert witnesses and the information provided by Fed. R. Civ. P. 26(a)(2)(B) shall be made by August 25, 2006;

4. Defendant's disclosure of expert witnesses and the information provided by Fed. R. Civ. P. 26(a)(2)(B) shall be made by September 22, 2006;

5. Expert discovery shall be completed by October 20, 2006;

6. Any dispositive motions, including motions for summary judgment, shall be filed on or before November 30, 2006; and

7. Pretrial conference shall be scheduled for December 29, 2006.

**III.    Trial Before a United States Magistrate Judge -- Local Rule 16.1(B)(3)**

The parties do not consent to the assignment of this matter to a United States Magistrate Judge.

**IV.    Settlement -- Local Rule 16.1(C)**

The Plaintiff will present a written settlement proposal to the Defendant prior to February 10, 2006.

**V.    Local Rule 16.1(D)(3) Certifications**

Counsel have conferred with their respective clients concerning the matters set forth in Local Rule 16.1(D)(3), and will file their certifications under separate cover prior to the Scheduling Conference.

| | |
|---|---|
| Respectfully submitted, | |
| JANET LAKEMAN, | PARTNERS HEALTHCARE SYSTEM, INC., |
| By her attorneys, | By its attorneys, |
| _/s/ David W. Krumsiek_ | _/s/ Jeffrey A. Dretler_ |
| David W. Krumsiek (BBO # 564564) | Jeffrey A. Dretler (BBO #558953) |
| Preti Flaherty Beliveau Pachios & Haley, LLP | Prince Lobel Glovsky & Tye, LLP |
| 10 High Street, 5th Floor | 585 Commercial Street |
| Boston, MA  02110 | Boston, MA  02109 |
| (617) 226-3800 | (617) 456-8000 |

Dated: January 19, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 19th day of January, 2006.

                                           _/s/ Jeffrey A. Dretler_
                                           Jeffrey A. Dretler