UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET LAKEMAN,<br>    Plaintiff<br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC.,<br>    Defendant | )<br>)<br>)<br>)   C.A. No. 05-11496 RCL<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Kindly withdraw my appearance as counsel of record in the above-captioned matter for the Plaintiff, Janet Lakeman.

Respectfully submitted,

*/s/ Paul K. Baker*
Paul K. Baker
BBO # 631221
BAKER & ABRAHAM, P.C.
30 Rowes Wharf
Boston, MA 02110
617-330-1330

Dated: January 20, 2006