UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET LAKEMAN,<br>    Plaintiff<br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC.,<br>    Defendant | )<br>)<br>)<br>)  C.A. No. 05-11496 RCL<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK:

    Please enter the appearance of the undersigned as counsel to the Plaintiff Janet Lakeman in the above-captioned civil action.

    /s/ Gregory Donoghue
Gregory T. Donoghue
BBO # 661480
Preti Flaherty
10 High Street, 5th Floor
Boston, MA 02110
(617) 226-3800