UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET LAKEMAN,<br> Plaintiff<br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC.,<br> Defendant | )<br>)<br>)<br>) C.A. No. 05-11496 RCL<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RULE 16.1 (D)(3) CERTIFICATION**

  Plaintiff Janet Lakeman ("Plaintiff") and her undersigned counsel hereby certify as follows:

  (a) Plaintiff and her counsel have conferred with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the pending litigation; and

  (b) Plaintiff and her counsel have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| PLAINTIFF | By her Attorney, |
|---|---|
| /s/ Janet Lakeman | /s/ David W. Krumsiek |
| Janet Lakeman | David W. Krumsiek  (BBO#564564) |
| | Preti Flaherty |
| | 10 High Street, 5th Floor |
| | Boston, MA  02110 |
| | (617) 226-3800 (tel) |
| | (617) 226-3801 (fax) |