UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANET LAKEMAN, )<br>    Plaintiff )<br>v. )<br> )<br>PARTNERS HEALTHCARE SYSTEM, INC., )<br>    Defendant )<br> ) | C.A. No. 05-11496 RCL |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of the undersigned as counsel to the Plaintiff Janet Lakeman in the above-captioned civil action.

 /s/ David Krumsiek
David W. Krumsiek
BBO # 564564
Preti Flaherty
10 High Street, 5th Floor
Boston, MA 02110
(617) 226-3800