# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Janet Lakeman
### Plaintiff

V.                              CIVIL CASE NO. 05-11496-WGY

Partners Healthcare System, Inc.
### Defendant

### NOTICE AND ORDER

Bowler, U.S.M.J.

**PLEASE TAKE NOTICE** that the above-entitled case has been set for _____ a Mediation Hearing on April 18, 2006 at 10:00 A.M. before Magistrate Judge Marianne B. Bowler in Courtroom # 25 .

**All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs are required to be submitted to the court via facsimile at (617) 204-5833 at least 48 hours prior to the hearing.**

SARAH A. THORNTON,
CLERK OF COURT

3/2/2006
### Date

By: /s/ Marc K. Duffy
### Deputy Clerk

(ADR NOTICE (Lakeman).wpd - 3/7/2005)