UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET LAKEMAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>PARTNERS HEALTHCARE<br>SYSTEM, INC.,<br><br>　　　Defendant. | CA:  05-11496 WGY |

**NOTICE OF CHANGE OF ADDRESS**

TO:   THE CLERK OF THE ABOVE-NAMED COURT

Please take notice that as of April 15, 2006, we will be located at a new Boston address:

**Prince, Lobel, Glovsky & Tye LLP**
**100 Cambridge Street, Suite 2200**
**Boston, MA 02114**
**(617) 456-8000**
**(617) 456-8100 (fax)**

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　PARTNERS HEALTHCARE SYSTEM, INC.,

　　　　　　　　　　By its Attorneys,

　　　　　　　　　　PRINCE, LOBEL, GLOVSKY & TYE LLP

　　　　　　　　　　By      */s/ Jeffrey A. Dretler*
　　　　　　　　　　　　Jeffrey A. Dretler, BBO# 558953
　　　　　　　　　　　　585 Commercial Street
　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　(617) 456-8000

1

2

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 5th day of April, 2006.

                                          */s/ Jeffrey A. Dretler*
                                          Jeffrey A. Dretler