UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET LAKEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PARTNERS HEALTHCARE<br>SYSTEM, INC.,<br><br>    Defendant. | CA: 05-11496 WGY |

### JOINT MOTION TO CONTINUE ADR SESSION

The Plaintiff, Janet Lakeman ("Plaintiff") and the Defendant, Partners Healthcare System, Inc. ("Defendant"), hereby jointly seek leave of Court to continue the Mediation Hearing, presently scheduled for April 18, 2006 at 10:00 a.m., to a future date that is convenient for both parties and the Court. As reasons therefore, the parties relate as follows.

    1.    By Notice and Order dated March 2, 2006, this Court scheduled a Mediation Hearing with M.J. Bowler to occur on April 18, 2006 at 10:00 a.m. The Notice and Order requires that all parties with binding authority are required to attend the mediation.

    2.    The person with binding authority for this case on behalf of the Defendant, Attorney Joshua Abrams from the Office of General Counsel, cannot attend a mediation session on April 18th (school vacation week in Massachusetts) due to a pre-planned family vacation out of state. It would serve the interests of justice and promote the settlement process if the mediation were scheduled on a date when Attorney Abrams can attend, as he is the person most

familiar with the case for the Defendant, and the person with binding authority to reach a resolution.

3.　The parties have conferred and represent to the Court that counsel, and a representative of each party with binding authority, are available to conduct a mediation on May 1, 8, or 9.[1]  The parties are also available in June, depending on the day.

WHEREFORE, the parties respectfully request that this Court continue the mediation Hearing scheduled for April 18, 2006 to such other date in the future as is convenient for both parties and the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| JANET LAKEMAN, | PARTNERS HEALTHCARE SYSTEM, INC., |
| By her attorneys, | By its attorneys, |
| __/s/ David W. Krumsiek_____ | __/s/ Jeffrey A. Dretler_____ |
| David W. Krumsiek (BBO # 564564) | Jeffrey A. Dretler (BBO #558953) |
| Preti Flaherty Beliveau Pachios & Haley, LLP | Prince Lobel Glovsky & Tye, LLP |
| 10 High Street, 5th Floor | 585 Commercial Street |
| Boston, MA  02110 | Boston, MA  02109 |
| (617) 226-3800 | (617) 456-8000 |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 5th day of April, 2006.

　　　　　　　　　　　　　　　 /s/ Jeffrey A. Dretler
　　　　　　　　　　　　　　　Jeffrey A. Dretler

---

[1] Magistrate Judge Bowler's clerk, Marc Duffy, suggested that mid-May was not good for the Court, and the Plaintiff is not available in late May.