UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Janet Lakeman
               Plaintiff

V.

CIVIL ACTION

NO.   05-11496-WGY

Partners Healthcare System, Inc.
               Defendant

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Young

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]   On   06/05/2006   I held the following ADR proceeding:

|  |  |  |  |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X__ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[x]   Settled. Your clerk should enter a __60__ day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____

_____

  06/05/2006
    DATE

  Marianne B. Bowler, USMJ
    ADR Provider

(ADR Report(Lakeman).wpd - 4/12/2000)          [adrrpt.]