UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JANET LAKEMAN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PARTNERS HEALTHCARE SYSTEM, INC.,**<br><br>**Defendant.** | C.A. No. 05-11496-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties state that they have settled this action and respectfully request that the Court dismiss this action with prejudice, with each party to bear her/its own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| JANET LAKEMAN, | PARTNERS HEALTHCARE SYSTEM, INC., |
| By her attorneys, | By its attorneys, |
| __/s/ David W. Krumsiek__<br>David W. Krumsiek (BBO # 564564)<br>Preti Flaherty Beliveau Pachios & Haley, LLP<br>10 High Street, 5th Floor<br>Boston, MA  02110<br>(617) 226-3800 | __/s/ Jeffrey A. Dretler__<br>Jeffrey A. Dretler (BBO #558953)<br>Prince Lobel Glovsky & Tye, LLP<br>100 Cambridge Street, Suite 2200<br>Boston, MA  02114<br>(617) 456-8000 |

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 12th day of July, 2006.

                                          */s/ Jeffrey A. Dretler*
                                          Jeffrey A. Dretler